

**ORDERED in the Southern District of Florida on December 9, 2016.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                  Case No. 16-18362-LMI
    DEBORAH N PEREZ

                                                           Chapter 13
              Debtor,
_____/

## ORDER GRANTING MOTION TO SHORTEN PREJUDICE PERIOD

This cause having to come upon this 06TH Day of December, 2016, on Debtor's Motion to Shorten Prejudice Period (DE# 77) and the Judge having reviewed the record and being otherwise fully advised in the premises IT IS:

  **ORDERRED AND ADJUDGED**

1. Motion is **GRANTED**

**2.** The Debtor may file a new Bankruptcy Chapter 7 or Chapter 11 immediately after the entry of the order.

# # #

**LUIS TORRENS, ESQ.**
Attorney for Debtors
8045 NW 155TH Street
Miami, FL 33016
By: */s/Luis Torrens,_____*
Luis Torrens, ESQ
Fl. Bar No. 29756
The Law Office of Luis Torrens, PLLC. Is hereby directed to mail a conformed copy of this order to all the parties affected.